## THE STATE OF KANSAS v. JOHN HEBRANK, et al.

INFORMATION, jointly charging *John Hebrank* and *T. C. Truman* with illegal sales of intoxicating liquors. Trial at the September Term, 1882, of the district court of Montgomery county, when the defendants were found guilty on two counts of the information. Their motions for a new trial and in arrest of judgment were overruled. Thereupon the court ordered and adjudged that—

"Defendants, John Hebrank and T. C. Truman, pay unto the state of Kansas, on the count numbered four of the information, of which by the jury they were each convicted, a fine in the sum of two hundred dollars each; and that the defendants pay unto the state of Kansas, on count numbered six of the information, of which by the jury they were each convicted, a fine in the sum of one hundred and fifty dollars each; and that they pay the costs of this prosecution, taxed

at $———, and that they stand committed. to the county jail of Montgomery county until both such fines and costs are paid."

From this judgment defendants appeal.

*Hill & Pettibone,* and *Wm. Dunkin,* for appellants.
*J. D. McCue,* county attorney, for The State.

*Per Curiam:* The defendants, Hebrank and Truman, were prosecuted, tried and convicted for a violation of the prohibitory act of 1881, and were sentenced accordingly. At the trial each defendant claimed the right, under § 198 of the criminal code, to four peremptory challenges; but the court below ruled otherwise, and held that both defendants together were entitled to only four peremptory challenges. The defendants now appeal to this court, and assign such ruling as error.

We think the court below erred, and the judgment of the court below will therefore be reversed, upon the authority of the case of *The State v. Durein,* just decided.